IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, MARIA TRINIDAD VELASQUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA TRINIDAD VELASQUEZ, ) | Case No.: CV 19-10879-PLA |
| ) | |
| Plaintiff, ) | ORDER AWARDING EAJA |
| v. ) | FEES |
| ) | |
| ANDREW M. SAUL, ) | PAUL L. ABRAMS |
| Commissioner of Social Security, ) | UNITED STATES MAGISTRATE |
| ) | JUDGE |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS ($6,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 27, 2020

*Paul L. Abrams*
_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE